IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Nebraska Corporation,<br><br>Defendant. | Case No. 2:24-cv-01379-DJC-AC<br><br>**ORDER GRANTING JOINT REQUEST TO CONTINUE JOINT STATUS REPORT DEADLINE** |

Having reviewed the parties' Joint Request to Continue Joint Status Report Deadline ("Joint Request"), and finding good cause, the COURT hereby ORDERS as follows:

The Joint Request is GRANTED. The parties shall file a joint status report pursuant to this Court's Initial Case Management Order on or before August 12, 2025.

IT IS SO ORDERED.

Dated: July 24, 2025          /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE