

United States District Court
Eastern District of California

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION | Case Number: 2:24-cv-01379-DJC-AC |

Plaintiff(s)

V.

GEICO GENERAL INSURANCE COMPANY

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Derek Flint                                    hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Geico General Insurance Company

On _____05/07/2018_____ (date), I was admitted to practice and presently in good standing in the

_____All courts of Arizona_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Newco Integrated Injury Specialists, LLC et al v. Nhu Dang et al; 8:25-cv-00084-HDV-DFM

Date of Application 1/28/2025; Granted

Date:_____04/01/2026_____          Signature of Applicant: /s/ ____ D. Flint _____

**Pro Hac Vice Attorney**

Applicant's Name: Derek Flint

Law Firm Name: Snell & Wilmer LLP

Address: 1 East Washington, Suite 2700

City: Phoenix    State: AZ    Zip: 85004

Phone Number w/Area Code: (602) 382-6000

City and State of Residence: Phoenix Arizona

Primary E-mail Address: dflint@swlaw.com

Secondary E-mail Address: nburton@swlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cameron Schlagel

Law Firm Name: Snell & Wilmer LLP

Address: 600 Anton Boulevard, Suite 1400

City: Costa Mesa    State: CA    Zip: 92626

Phone Number w/Area Code: (714) 427-7547    Bar # 320732

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    April 1, 2026

_Daniel J. Calabretta_
JUDGE, U.S. DISTRICT COURT