**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,

    Plaintiff,

     v.

GEICO GENERAL INSURANCE COMPANY, a Nebraska Corporation,

    Defendant.

Case No.:   2:24-cv-01379-DJC-AC

**ORDER EXTENDING THE CLOSE OF FACT DISCOVERY AND MODIFYING CASE SCHEDULE**

This matter comes before the Court on the Stipulated Motion to Extend the Close of Fact Discovery filed by Plaintiff Dameron Hospital Association ("Dameron") and Defendant GEICO General Insurance Company ("GEICO").  The Court, having reviewed the Stipulated Motion and the record herein, and good cause appearing, HEREBY ORDERS as follows:

////

////

////

1

ORDER EXTENDING THE CLOSE OF FACT DISCOVERY AND MODIFYING CASE SCHEDULE

**IT IS HEREBY ORDERED** that the Stipulated Motion is **GRANTED**, and the case schedule set forth in the Scheduling Order (ECF No. 41) is modified as follows:

1. The deadline for completion of fact discovery is extended from May 28, 2026, to **August 26, 2026**.

2. The deadline for initial expert disclosures is extended from June 4, 2026, to **September 2, 2026**.

3. The deadline for rebuttal expert disclosures is extended from July 16, 2026, to **October 14, 2026**.

4. The deadline for completion of expert discovery is extended from July 30, 2026, to **October 28, 2026**.

5. The deadline for filing dispositive motions is extended from October 9, 2026, to **January 8, 2027**.

6. The hearing on dispositive motions is extended from December 3, 2026, to **March 4, 2027, at 1:30 p.m.**

7. The final pretrial conference is extended from March 11, 2027, to **June 17, 2027, at 1:30 p.m.**

8. The jury trial is extended from May 10, 2027, to **August 16, 2027, at 8:30 a.m.**

**IT IS SO ORDERED.**

Dated:  April 9, 2026                 /s/ Daniel J. Calabretta

————————————————————————

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING THE CLOSE OF FACT DISCOVERY AND MODIFYING CASE SCHEDULE