AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____EASTERN DISTRICT_____ **District of** ___CALIFORNIA___

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION<br>Plaintiff (s),<br><br>V.<br><br>GEICO GENERAL INSURANCE<br>COMPANY<br>Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br><br><br>CASE NUMBER: __2:24-cv-01379-DJC-AC__ |

Notice is hereby given that, subject to approval by the court, ___Geico General Insurance Company___ substitutes
(Party (s) Name)

___Cameron Schlagel___ , State Bar No. ___320732___ as counsel of record in place
(Name of New Attorney)

place of ___Adelle Greenfield and Jordan Shae Altura___ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Snell & Wilmer LLP |
| Address: | 600 Anton Blvd, Suite 1400, Costa Mesa, CA 92626 |
| Telephone: | 714-427-7000           Facsimile 714-427-7799 |
| E-Mail (Optional): | cschlagel@swlaw.com |

I consent to the above substitution.

Date:      3/16/26

I consent to being substituted.

Date:      3/16/26

I consent to the above substitution.

Date:      3/16/26

Geico General Insurance Company

_(Signature of Party (s))_

Adelle Greenfield and Jordan Altura

_(Signature of Former Attorney (s))_

/s/ Cameron Schlagel

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date:      April 10, 2026

___Daniel J. Calabretta___
Judge

AO 154  (10/03) Substitution of Attorney

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

4910-6501-4680