

# United States District Court
# Eastern District of California

DAMERON HOSPITAL ASSOCIATION

Plaintiff(s)

V.

GEICO GENERAL INSURANCE COMPANY

Defendant(s)

Case Number: 2:24-CV-01379-DJC-AC

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ijeoma (EJ) Odigwe hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant GEICO General Insurance Company

On 10/20/2021 (date), I was admitted to practice and presently in good standing in the Arizona (10/20/21) and Missouri (09/16/20) (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 04/20/2026          Signature of Applicant: /s/ Ijeoma (EJ) Odigwe

**Pro Hac Vice Attorney**

Applicant's Name: Ijeoma (EJ) Odigwe

Law Firm Name: Snell & Wilmer LLP

Address: 1 East Washington Street

Suite 2700

City: Phoenix     State: AZ     Zip: 85004

Phone Number w/Area Code: (602) 382-6000

City and State of Residence: Gilbert, Arizona

Primary E-mail Address: eodigwe@swlaw.com

Secondary E-mail Address: tbellis@swlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cameron Schlagel

Law Firm Name: Snell & Wilmer LLP

Address: 600 Anton Boulevard

Suite 1400

City: Costa Mesa     State: CA     Zip: 92626

Phone Number w/Area Code: (714) 427-7547     Bar # 320732

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 20, 2026

*Daniel J. Calabretta*

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE