**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION,<br>Plaintiff,<br>v.<br>GEICO GENERAL INSURANCE COMPANY,<br>Defendant. | Case No.: 2:24-CV-01379-DJC-AC<br><br>**ORDER EXTENDING THE CLOSE OF FACT DISCOVERY** |

This matter comes before the Court on the Stipulated Motion to Extend the Close of Fact Discovery filed by Plaintiff Dameron Hospital Association ("Dameron") and Defendant GEICO General Insurance Company ("GEICO"). The Court, having reviewed the Stipulated Motion and the record herein, and good cause appearing, **HEREBY ORDERS** as follows:

**IT IS HEREBY ORDERED** that the Stipulated Motion is GRANTED, and the case schedule set forth in the Scheduling Order (ECF No. 41) is modified as follows:

1. The deadline for completion of fact discovery is extended from August 26, 2026, to **November 24, 2026**.
2. The deadline for initial expert disclosures is extended from September 2, 2026, to **December 15, 2026**.
3. The deadline for rebuttal expert disclosures is extended from October 14, 2026, to **January 29, 2027**.

4. The deadline for completion of expert discovery is extended from October 28, 2026, to **February 26, 2027**.
5. The deadline for filing dispositive motions is extended from January 8, 2027, to **April 8, 2027**.
6. The hearing on dispositive motions shall occur on **May 27, 2027, at 1:30 p.m.**
7. The final pretrial conference shall occur on **September 16, 2027, at 1:30 p.m.**
8. The jury trial shall occur on **November 8, 2027, at 8:30 a.m.**

**IT IS SO ORDERED.**

Dated: August 3, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE