# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non–Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Nebraska Corporation,<br><br>Defendant. | Case No. 2:24-cv-01379-DJC-AC<br>(Lead Case; Consolidated with Case No. 2:24-cv-00934-DJC-AC)<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO STRIKE JOINT STIPULATION OF UNDISPUTED FACTS** |
| DAMERON HOSPITAL ASSOCIATION, a California Non–Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INDEMNITY COMPANY, a Maryland Corporation,<br><br>Defendant. | |

Having considered Defendants' Unopposed Motion for Administrative Relief to Strike Joint Stipulation of Undisputed Facts (the "Motion"), and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Clerk of Court shall strike the Joint Stipulation of Undisputed Facts and all exhibits at ECF No. 64 from the public docket, effective immediately.

2. GEICO shall re-file the Joint Stipulation within three (3) court days after entry of this Order, omitting the exhibits that are the subject of the Motion to Seal and Redact. *See* ECF No. 66.

3. The re-filed Joint Stipulation shall be identical in text to the stricken version and differ only by omitting those exhibits. The re-filed Joint Stipulation shall be deemed filed as of October 28, 2026, for purposes of the cross-motion schedule.

**IT IS SO ORDERED.**

Dated: October 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE