Alan Fassonaki, Esq. (SBN: 309147)
LAW OFFICES OF STEVEN B. SIMON
5550 Topanga Canyon Boulevard, Suite 200
Woodland Hills, California 91367
Telephone: (818) 592-0333
Facsimile: (818) 592-0985
alan.fassonaki@yahoo.com

Attorney for Plaintiff DAMERON HOSPITAL ASSOCIATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Nebraska Corporation,<br><br>Defendant. | Case No. **2:24-cv-01379-DJC-AC**<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INDEMNITY COMPANY, a Maryland Corporation,<br><br>Defendant. | Case No. **2:24-cv-00934-DJC-AC** |

The Court has considered the Joint Stipulation Regarding Briefing on Defendants' Motion for Summary Judgment (the "Stipulation") submitted by Plaintiff Dameron Hospital Association ("Dameron") and Defendants GEICO General Insurance Company and GEICO Indemnity Company (together, "GEICO"). Good cause appearing, the Court APPROVES the Stipulation and ORDERS as follows:

1. Dameron's opposition to GEICO's Motion for Summary Judgment (ECF No. 63) ("GEICO's Motion") shall be filed and served no later than twenty-eight (28) days after GEICO's Motion is filed.

2. GEICO's reply shall be filed and served no later than 14 days after Dameron's opposition is filed.

3. GEICO's Motion shall be heard on December 17, 2026, at 1:30 p.m.

4. Notwithstanding Local Rule 230(e), Dameron is not required to file any counter-motion or related motion with its opposition. Any motion for summary judgment, partial summary judgment, or summary adjudication by Dameron shall be filed as a separate motion on or before April 8, 2027, and noticed in accordance with Local Rule 230(b).

5. GEICO's Motion and any such motion by Dameron shall proceed as separate motions, and not as cross motions under Section I.D of the Court's Standing Order in Civil Cases.

6. Any party may cite the Joint Statement of Undisputed Facts in support of or in opposition to GEICO's Motion or any such motion by Dameron.

7. All other dates in the Scheduling Order, as modified (ECF Nos. 41, 50, 56), remain in effect.

**IT IS SO ORDERED.**

Dated: October 30, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE