Alan Fassonaki, Esq. (SBN: 309147)
LAW OFFICES OF STEVEN B. SIMON
5550 Topanga Canyon Boulevard, Suite 200
Woodland Hills, California 91367
Telephone: (818) 592-0333
Facsimile: (818) 592-0985
alan.fassonaki@yahoo.com

Attorney for Plaintiff, DAMERON HOSPITAL ASSOCIATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a Nebraska Corporation,<br><br>Defendant. | **Case No. 2:24-cv-01379-DJC-AC**<br>(Lead Case)<br><br>Consolidated with Case No. 2:24-cv-00934-DJC-AC<br><br>**ORDER GRANTING PLAINTIFF DAMERON HOSPITAL ASSOCIATION'S REQUEST TO REDACT PATIENT-IDENTIFYING INFORMATION FROM EXHIBIT A TO THE DECLARATION OF ALAN FASSONAKI** |
| DAMERON HOSPITAL ASSOCIATION, a California Non-Profit Association,<br><br>Plaintiff,<br><br>v.<br><br>GEICO INDEMNITY COMPANY, a Maryland Corporation,<br><br>Defendant. | |

This matter comes before the Court on the Request to Redact Patient-Identifying Information from Exhibit A to the Declaration of Alan Fassonaki (the "Request") submitted by Plaintiff Dameron Hospital Association ("Dameron") pursuant to Local Rules 140 and 141. Defendants GEICO Indemnity Company and GEICO General Insurance Company (collectively, "GEICO") do not oppose the Request. Dameron filed a Notice of Request in the

publicly available case file and submitted to the Court the Request, a proposed order, and the nine consecutively paginated pages covered by the Request.

The Court has considered the Request and the submitted pages. Because Exhibit A is offered in opposition to GEICO's motion for summary judgment, Dameron must show compelling reasons for redaction that outweigh the public's interest in access. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016). The Court finds that Dameron has made the required showing.

Exhibit A consists of GEICO claim notes that identify non-party patient A.G. by full name, together with her Medicare status, partial Medicare beneficiary number, Medicare case number, hospital account number, and GEICO policy and claim numbers. For the reasons stated in the Court's order of October 30, 2026 (ECF No. 68 at 2), the patient's interest in the privacy of her medical and financial information is a compelling reason that outweighs the public's interest in disclosure of her identity. The patient is not a party, her identity is not at issue, and the parties refer to her only by initials. Redacting patient-identifying information is the least restrictive means of protecting that interest because the substance of the claim notes will remain in the public record.

Accordingly, IT IS HEREBY ORDERED that the Request is GRANTED as follows:

1. Dameron is authorized to file in the publicly available case file a redacted version of Exhibit A to the Declaration of Alan Fassonaki (Submitted Pages 1–9; Bates Nos. GEICO-AG_000059, 000066, 000072, 000076, 000086–87, and 000091–93), in which the name of the patient identified in the exhibit, and the following other patient-identifying information, are redacted: signatures, initials, patient identification labels, addresses, telephone numbers, dates of birth, Social Security numbers, medical record and account numbers, health-plan beneficiary numbers, Medicare case numbers, and all but the last four digits of policy and claim numbers. Dameron shall also redact any personal data identifiers required by Local Rule 140(a). No other redactions are authorized. *See* L.R. 140(b).

2. Unless otherwise ordered by the Court, the redactions authorized by this Order shall remain in place permanently.

3. Access to the unredacted pages submitted with the Request shall be limited to the Court, authorized court personnel, and counsel of record for the parties, including their staff and retained experts bound by the Stipulated Protective Order entered in this action.

4. Pursuant to Local Rule 141(d), this Order shall be filed in the publicly available case file.

IT IS SO ORDERED.

Dated: November 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE